# Court of Appeals
# of the State of Georgia

ATLANTA, _____March 22, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1223. SYLVESTER LEON HENDERSON v. THE STATE.**

Sylvester Leon Henderson pled guilty to felony murder. He subsequently filed a motion for out-of-time appeal, which the trial court denied. Henderson filed this direct appeal. Under our Constitution, however, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of murder, jurisdiction is proper in the Supreme Court. See OCGA § 17-10-30 (b); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, J., concurring); see also *State v. Thornton*, 253 Ga. 524 (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"). Accordingly, Henderson's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____03/22/2016_____*
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____, *Clerk.*